IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-40697
Summary Calendar
_____

ROBERT L. ALLEN,

                                        Plaintiff-Appellant,

versus

KEITH J. PRICE, Warden,
Coffield Unit; DAVID E.
BIRKHOLZ, CO III, Coffield Unit,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:95-CV-630
- - - - - - - - - -
November 7, 1996
Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges:

PER CURIAM:[*]

     Robert L. Allen, Texas state prisoner #636644, appeals from

the district court's dismissal of his civil rights complaint as

frivolous pursuant to 28 U.S.C. § 1915(d).  Allen argues that his

due process rights were violated because he was not given an

opportunity to attend his prison disciplinary proceeding.  We

have reviewed the record and find no reversible error.

Accordingly, the judgment is AFFIRMED for essentially the reasons

stated by the district court.  See Allen v. Price, No. 6:95cv630

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

(E.D. Tex. Mar. 13, 1996).